### 2188.  Douglas *v.* The State.

Powell, J.  1. The verdict is not contrary to the evidence.

2. The court did not abuse his discretion in refusing to continue the case.

.*Judgment affirmed.*

Accusation of sale of liquor; from city court of Sandersville—Judge Jordan.    September 15, 1909.

Submitted October 26,—Decided November 9, 1909.

*John R. Cooper,* for plaintiff in error.

*J. E. Hyman, solicitor,* contra.